SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY GROUP, PLLC
JOEL B. ROTHMAN
*(pro hac vice admission pending)*
4651 N. Federal Hwy.
Boca Raton, Florida 33431
jerold.schneider@sriplaw.com
joel.rothman@striplaw.com

HEATH & STEINBECK, LLP
STEVEN A. HEATH (SBN 250867)
5777 W. Century Blvd., Suite 1670
Los Angeles, California 90045
Telephone: (213) 335-6245
Facsimile:  (213) 335-6246
saheath@heathsteinbeck.com

Attorneys for Plaintiff CHELSEA BRICHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHELSEA BRICHE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.. a Wisconsin non-stock corporation,<br><br>Defendant. | Case No.: 2:16-cv-04672<br><br>**COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT;**<br>**(2) VIOLATIONS OF RIGHT OF PUBLICITY; and**<br>**(3) FALSE LIGHT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff CHELSEA BRICHE ("Briche"), an individual, by and through her undersigned counsel of record, bring this Complaint against Defendant AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC. ("AACD"), a Wisconsin non-stock

corporation, upon knowledge as to herself and upon and information and belief as to all other matters, and alleges for her Complaint as follows:

## JURISDICTION AND VENUE

1.      This is an action arising under the Copyright Act, 17 U.S.C. § 501 and the California Civil Code.

2.      This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

3.      This Court has supplemental jurisdiction of the California Civil Code claims pursuant to 28 U.S.C. § 1367(a).

4.      AACD is subject to personal jurisdiction in California.

5.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, AACD engaged in infringement in this district, and AACD is subject to personal jurisdiction in this district.

## THE PLAINTIFF

6.      Briche brings this action for violations of her exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Briche's original copyrighted photograph at issue herein.

7.      Briche is a millennial lifestyle blogger and TV personality who lives in Los Angeles.  After graduating from The University of Alabama with a degree in broadcast journalism, she created TheMillennialMiss.com, an online platform with over 7,000 monthly page views.  At TheMillenialMiss.com, Briche helps millennial women around the world navigate the trials and tribulations of twenty-something life.

8.      In addition to her own blog, Briche's writing has been featured on popular sites for millennials such as Elite Daily (www.elitedaily.com) and The Haute Mess with Ashley Tisdale (www.thehautemess.com).  Briche's podcasts have been featured on The30ish.com (www.the30ish.com) and she hosts a weekly show on the AfterBuzzTV YouTube channel.  Briche has made many television and webcast appearances discussing the concerns of Millenials, including on "Job or No Job" on Freeform (formerly ABC

2

**COMPLAINT**

Family) and on FOX Providence, WPRI.  Briche has modeled for apps and the web including for the popular babysitting app Bambino.

9.     Briche's brand is geared towards speaking to the hearts of young women in a positive manner. Her outlook on life and welcoming smile are her trademarks that have earned her success and thousands of Instagram followers.  Briche believes that no one should ever go a day without smiling.

## THE DEFENDANT

10.     Defendant AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC. ("AACD") is a Wisconsin non-stock corporation that can be served with process through its registered agent Barb Kachelski, 402 W. Wilson Street, Madison. WI 53703.

11.     According to its website, AACD is "dedicated to advancing the art and science of cosmetic dentistry and encouraging the highest standards of ethical conduct and responsible patient care among cosmetic dentists."

## BRICHE'S IMAGE AND LIKENESS

12.     C.J. Johnson is an acclaimed photographer and creative director based in Los Angeles.

13.     In or about February of 2014, Johnson created the image of Chelsea Briche shown below (the "Work").

///
///
///
///
///
///
///
///
///
///

3

**COMPLAINT**

14.     The Work depicts Chelsea Briche and highlights her dynamic smile:



15.     Johnson posted the Work on Instagram and other social media.  Johnson never assigned or licensed the use of the Work to anyone other than Briche.

16.     Prior to the filing of this action, Johnson assigned ownership of the copyright to the Work, including the right to recover profits and damages for past infringement, to Briche.

17.     An application to register the work was filed with the Copyright Office on June 15, 2016.

## DEFENDANT'S VIOLATIONS

18.     AACD operates a website called "Your Smile Becomes You" on the internet at www.yoursmilebecomesyou.com (the "Website").

19.     AACD uses the Website for advertising, selling and soliciting purchases of cosmetic dentistry services.

///

///

///

**COMPLAINT**

20.   AACD copied, displayed and distributed the Work on the Website without Briche's or Johnson's permission or consent as shown below.

21.   AACD commercially exploited Briche's likeness and photograph without Briche's permission or consent.



22.   Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I

## COPYRIGHT INFRINGEMENT

23.   Plaintiff Briche incorporates the allegations of paragraphs 1 through 2 of this Complaint as if fully set forth herein.

24.   Briche owns a valid copyright in the Work.

25.   Briche filed an application to register the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.   Defendant copied, displayed, and distributed the Work without Briche's authorization in violation of 17 U.S.C. § 501.

27.   Briche has been damaged.

5

**COMPLAINT**

28.     The harm caused to Briche has been irreparable.

## COUNT II

## VIOLATION OF CALIFORNIA CIVIL CODE § 3344

29.     Plaintiff Briche incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

30.     The Work is a photograph and likeness of Briche.

31.     AACD knowingly used Briche's identity for purposes of advertising, selling, or soliciting purchases of cosmetic dentistry services without Briche's prior consent in violation of California Civil Code § 3344.

32.     Briche has been damaged.

33.     The harm caused to Briche has been irreparable.

34.     AACD has earned profits from its violations.

## COUNT III

## VIOLATION OF CALIFORNIA COMMON LAW RIGHT OF PUBLICITY

35.     Plaintiff Briche incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

36.     The Work is a photograph and likeness of Briche.

37.     AACD appropriated Briche's identity to AACD's advantage for purposes of advertising, selling, or soliciting purchases of cosmetic dentistry services.

38.     AACD's actions were without Briche's prior consent.

39.     Briche has been injured.

40.     The harm caused to Briche has been irreparable.

## COUNT IV

## FALSE LIGHT

41.     Plaintiff Briche incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

42.     AACD publicized the Work showing Briche in a false light.

43.     AACD displayed of the Work on the Website suggesting, falsely, that

6

**COMPLAINT**

Briche has had cosmetic dental work.

44.     AACD displayed the Work on the Website on the public internet to the public at large.

45.     The false light created by AACD's use of the Work would be highly offensive to a reasonable person in Briche's position.

46.     AACD acted with reckless disregard for the truth regarding whether the publication of the Work on the Website would create a false impression about Briche. Alternatively, AACD was negligent in failing to determine the truth about Briche in order to avoid creating a false impression about Briche by publishing the Work on the Website.

47.     Briche has been injured in her business, profession, and occupation.

48.     AACD's conduct was a substantial factor in causing harm to Briche.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CHELSEA BRICHE prays for judgment against Defendant AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC. that:

a.     Defendant be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501 and California Civil Code § 3344;

b.     Defendant be ordered to pay Plaintiff her actual, consequential, incidental, and special damages, as well as the Defendant's profits attributable to the violations alleged;

c.     Defendant be ordered to Plaintiff her reasonable attorney's fees and costs;

c.     Plaintiff be awarded punitive damages;

d.     Plaintiff be awarded such other and further relief as the Court deems just and proper.

///
///
///

7
**COMPLAINT**

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: June 27, 2016

Respectfully submitted,

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC

By:  */s/ Joel B. Rothman*
JOEL B. ROTHMAN
*(pro hac admission pending)*
Florida Bar No. 98220
Joel.rothman@sriplaw.com
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

HEATH & STEINBECK, LLP

By:  */s/ Steven A. Heath*
Steven A. Heath
saheath@heathsteinbeck.com
5777 W. Century Blvd., Suite 1670
Los Angeles, CA 90045
213.335.6245 – Telephone
213.335.6246 – Facsimile

*Attorneys for Plaintiff Chelsea Briche*

8

**COMPLAINT**