Majestic Process 1008 North Lakeside Drive, Lake Worth, Florida 33460  561 533-0330

Return of Service

Case No:  2:16 cv 04672 JFW (PJWx)          Court:   United Stated District, Central California

Plaintiff:  CHELSEA BRICHE

Defendant:  AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.

Hearing Date:  21 days
Writ:  Summns and Complaint
For:  Steven A Heath Esq and Joel B Rothman, Esq.

TO BE SERVED ON:          AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.
                          c/o Registered Agent Barb Karchelski
                          402 West Wilson Street, Madison, Wisconsin  53703

Majestic Process received this process on  June 29, 2016 at 5:00 p.m.

I, _Gregory Kowal_, executed service on _7/8/16_ 20___.
at _11:05_ am/(pm).
I delivered a copy of this process in accordance with state statutes in the manner below:

X CORPORATE SERVICE:  Served _S. John Hanson_ as _CPA_

___ NON SERVICE:  For the reasons in the comments below.

DESCRIPTION:   sex _M_  age _66_  race _White_  height _6'2_  weight _200_  hair _Gray_
               eyes ____  other marks _glasses_
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

_____
Process Server #_____
In Good Standing in the Court
in which this was served