Name and address:

Joel B. Rothman
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA BRICHE<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.<br>Defendant(s), | CASE NUMBER<br><br>2:16-CV-04672<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.)

**SECTION I - INFORMATION**

Rothman, Joel B.
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

Schneider Rothman Intellectual Property Law Group, PLLC
*Firm/Agency Name*

4561 North Federal Highway            561.404.4350            561.404.4353
                                      *Telephone Number*      *Fax Number*
*Street Address*

Boca Raton, FL  33431                 joel.rothman@sriplaw.com
*City, State, Zip Code*               *E-mail Address*

**I have been retained to represent the following parties:**

CHELSEA BRICHE          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
                        ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Florida | 10.25.1996 | Yes. |
| New York Appellate Division, First Depart | 1.13.1992 | Yes. |
| United States Court of Appeals, 5th Circuit | 12.02.2015 | Yes. |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:16-cv-03058-R-JEM | Volstar Technologies, Inc. v. Newslink of Miami, LLC, et al. | May 25, 2016 | Granted (June 3, 2016) |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

joel.rothman@sriplaw.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   July 6, 2016

Joel B. Rothman
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Heath, Steven A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Heath & Steinbeck, LLP
*Firm/Agency Name*

5777 W. Century Blvd.
Suite 1670
*Street Address*

Los Angeles, CA 90045
*City, State, Zip Code*

(213) 335-6245
*Telephone Number*

saheath@heathsteinbeck.com
*E-mail Address*

250867
*Designee's California State Bar Number*

(213) 335-6246
*Fax Number*

I hereby consent to the foregoing designation as local counsel.

Dated    July 13, 2016

Steven A. Heath
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Continuation of Name of Court, Date of Admission and Good standing?

US Court of Appeals for the Eleventh Circuit - 06.02.1997 - Yes.
US Court of Appeals for the Federal Circuit - 01.31.2012 - Yes.
US Department of Veterans Affairs - 10.20.2015 - Yes.
USDC, District of Colorado - 02.19.2009 - Yes.
USDC, District of Columbia - 07.10.2015 - Yes.
USDC, Middle District of Florida - 11.18.1997 - Yes.
USDC, Northern District of Florida - 04.18.1997 - Yes.
USDC, Southern District of Florida - 04.18.1997 - Yes.
USDC, Western District of Michigan - 05.21.2012 - Yes.
USDC, Eastern District of New York - 02.27.1992 - Yes.
USDC, Northern District of New York - 10.19.2015 - Yes.
USDC, Southern District of New York - 02.25.1992 - Yes.
USDC, Western District of New York - 08.07.2015 - Yes.
USDC, Eastern District of Texas - 06.20.2012 - Yes.
USDC, Southern District of Texas - 06.25.2014 - Yes.
USDC, District of New Jersey - 12.19.1991 - Voluntarily resigned in 2012.
Supreme Court of New Jersey - 12.19.1991 - Voluntarily resigned in 2012.

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOEL BENJAMIN ROTHMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 13, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 30, 2016**

_Clerk of the Court_

1604



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon      )

                In Re:    98220
                            Joel Benjamin Rothman
                            Schneider Rothman IP Law Group
                            4651 N. Federal Hwy.
                            Boca Raton, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 25, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 1st day of July, 2016.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/LJ/ssF4:R10