Nathan Dooley, State Bar No. 224331
Email: ndooley@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Toll Free Phone: 800.563.1027
Facsimile: 213.892.7999

Attorney for AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA BRICHE, and individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC., a Wisconsin non-stock corporation, <br><br> Defendant. | Case No.: 2:16-cv-04672-JFW (PJWx) <br><br> [Assigned for all purposes to Honorable John F. Walter, Courtroom 16] <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Filed: June 27, 2016 <br> Complaint Served: July 8, 2016 <br> Current Response Date: July 29, 2016 <br> New Response Date: August 26, 2016 |

Defendant AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC., a Wisconsin non-stock corporation ("Defendant") and Plaintiff CHELSEA BRICHE ("Plaintiff") hereby stipulate pursuant to Local Rule 8-3 to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint to and including August 26, 2016.

1. Defendant was served with the Complaint on July 8, 2016.
2. Defendant first contacted defense counsel regarding the Complaint on July 19, 2016.
3. Defendant's responsive pleading is currently due on July 29, 2016.

4. The parties agree and stipulate that Defendant's time to answer or otherwise respond to the Complaint shall be extended to August 26, 2016.

Dated: July19, 2016          COZEN O'CONNOR

By: /s/ Nathan Dooley
Nathan Dooley
Attorneys for Defendant AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC.

Dated: July 20, 2016          SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY GROUP, PLLC

By: /s/ Joel B. Rothman
Joel B. Rothman *Pro Hac Vice pending.*
Attorneys for Plaintiff CHELSEA BRICHE

Dated: July 20, 2016          HEATH & STEINBECK, LLP

By: /s/ Steven A. Heath
Steven A. Heath
Attorneys for Plaintiff CHELSEA BRICHE

I, Nathan Dooley, pursuant to Local Rule 5-4.3.4(a)(2)(i), attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2016          /s/ Nathan Dooley

LEGAL\27467823\1 88888.8888.888/804711.000