# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __16-4672 JFW (PJWx)__     Date __8/30/16__

Title: __Chelsea Briche v. American Academy of Cosmetic Dentistry, Inc.__

Present: The Honorable __John F. Walter__

| S. Reilly | Not Recorded |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __NOTICE of Voluntary Dismissal [17] Make JS-6__

☐ Entered _____.

Initials of Preparer __sr__